VIEIRA, APPELLANT, v. THE REGISTRAR OF ARECIBO, RESPONDENT.

APPEAL from a Decision of the Registrar of Property Refusing to Record a Deed of Sale, in Part.

No. 229.—Decided June 18, 1915.

RECORD OF TITLE—SALE IN FORECLOSURE PROCEEDINGS—RECORD NOT IN NAME OF VENDOR.—In conformity with article 20 of the Mortgage Law, the record of a deed of sale executed by a marshal in foreclosure proceedings should be denied when the property is already recorded in the name of a person other than the defendants in whose name the sale was made.

The facts are stated in the opinion.
*Mr. Manuel Benítez Flores* for the appellant.
The respondent, Mr. José Marcial López, appeared *pro se.*
MR. JUSTICE HUTCHISON delivered the opinion of the court.
Upon recording the sale of certain shares in property described in a deed executed by the marshal of the Arecibo

District Court as the result of mortgage foreclosure proceedings in that court, the Registrar of Property of Arecibo, citing article 20 of the Mortgage Law, refused to record the conveyance also attempted in the same instrument of certain other shares in the same property upon the ground that such shares were already recorded in the name of a "person other than the defendants in whose name the sale was made."

The ruling of the registrar must be

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro and Aldrey concurred.